# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

SCOTT JOHNSON,

        Plaintiff,

    v.

ONETEAM RESTAURANT PA, LP, et al.,

        Defendants.

Case No. 21-cv-06120-BLF

**ORDER TO SHOW CAUSE**

Plaintiff has filed an indication of mootness of his Americans with Disabilities Act claim for injunctive relief. ECF No. 32. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, why this Court should not dismiss the ADA claim with prejudice and decline supplemental jurisdiction over the remaining Unruh Act claim. Plaintiff SHALL respond in a brief of **no longer than 2 pages no later than August 10, 2022**. Defendant SHALL file a response of **no longer than 2 pages no later than August 12, 2022**. No reply brief will be permitted.

    **IT IS SO ORDERED.**

Dated: August 4, 2022

_____
BETH LABSON FREEMAN
United States District Judge